FILED
2026 Sep-25 AM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

PWW/BAJ September 2026
BHM GJ# 24

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **FORREST SCOTT WOODY** | ) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

*Voting More Than Once*
**[52 U.S.C. § 10307(e)]**

On or about October 29, 2024, in Calhoun County, within the Northern District of Alabama, the Defendant,

**FORREST SCOTT WOODY,**

knowingly, willfully, and for the specific purpose of having his vote count more than once, voted in a general election held solely and in part for the purpose of selecting and electing any candidate for the offices of President and Vice President of United States, after having already voted in the same election in Henderson County, North Carolina, in violation of Title 52, United States Code, Section 10307(e).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR
United States Attorney

*/s/electronic signature*
BRETT A. JANICH
Assistant United States Attorney